UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

YAMILET CASTANEDA, and other
similarly situated non-exempt
employees

        Plaintiff,

v.                                                 Case No: 2:17-cv-498-FtM-38CM

REINALDO MARTINEZ,

        Defendant.
_____/

## **ORDER**[1]

This matter comes before the Court on review of United States Magistrate Judge Carol Mirando's Report and Recommendation. (Doc. 23). Judge Mirando recommends granting the parties' Renewed Joint Motion to Review and Approve the Parties' Proposed Settlement and Enter Dismissal with Prejudice (Doc. 22) and approving the Settlement Agreement and General Release (Doc. 22-2) as a fair and reasonable resolution of a bona fide dispute under the Fair Labor Standards Act. Neither party objects to the Report and Recommendation and the time to do so has expired. Thus, this matter is ripe for review.

A district judge "may accept, reject, or modify in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). The district

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

judge "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* And "[t]he judge may also receive further evidence or recommit the matter to the magistrate judge with instructions." *Id.*

After examining the file independently, and upon considering Judge Mirando's findings and recommendations, the Court accepts and adopts the Report and Recommendation.

Accordingly, it is now

**ORDERED:**

(1) The Report and Recommendation (Doc. 23) is **ACCEPTED and ADOPTED** and the findings incorporated in this Order.

(2) The Renewed Joint Motion to Review and Approve the Parties' Proposed Settlement (Doc. 22) is **GRANTED** and the Settlement Agreement and General Release (Doc. 22-1) is **APPROVED** as a fair and reasonable resolution of the bona fide FLSA dispute. This action is **DISMISSED with prejudice**.

(3) The Clerk is **DIRECTED** to **lift the stay** and then enter judgment accordingly, terminate any pending deadlines and motions, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 23rd day of January 2018.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record